1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12   **CLARENCE TOMLIN, JR.,**                    Case No. C 15-2608 BLF (PR)

13                                Petitioner,    ~~[PROPOSED]~~ ORDER

14              **v.**

15   **J. SOTO, Warden,**

16                                Respondent.

17

18        GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until January

19   26, 2016 to file an answer to the petition for writ of habeas corpus.  Petitioner may file a traverse

20   within 30 days of the date the answer is filed.

21   Dated: _Nov 20, 2015_

22                                          The Honorable Beth Labson Freeman

23
24
25
26
27
28

                                          1